JENNIE JACOBY, Respondent, *v.* THE BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Defendant, and THE CITY OF NEW YORK, Appellant.

*Jacoby* v. *Brooklyn, Queens Co. & S. R. R. Co.*, 153 App. Div. 352, affirmed.
(Submitted March 10, 1915; decided March 26, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 3, 1913, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff in stepping

from one of defendant railway company's cars into a hole in the street pavement.

*Frank L. Polk, Corporation Counsel (Terence Farley* and *Edward S. Malone* of counsel), for appellant.

*George F. Hickey* and *M. P. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.